## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MAURICE JORDAN, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:23-cv-05965-WMR-WEJ |
| SAKS & COMPANY LLC d/b/a SAKS FIFTH AVENUE, | |
| Defendant. | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW Plaintiff, Maurice Jordan, by and through undersigned counsel, The Kirby G. Smith Law Firm, LLC, and hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted this 22nd day of March, 2024.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Amanda M. Brookhuis
Amanda Brookhuis
Georgia Bar No. 601396

4488 North Shallowford Road
Suite 105
Atlanta, Georgia 30338
Phone: 844-454-7529
Fax: 877-352-6253
amb@kirbygsmith.com

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MAURICE JORDAN, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:23-cv-05965-WMR-WEJ |
| SAKS & COMPANY LLC d/b/a SAKS FIFTH AVENUE, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed this Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.


This 22nd day of March, 2024.

THE KIRBY G. SMITH LAW FIRM, LLC

<u>s/Amanda M. Brookhuis</u>
Amanda M. Brookhuis
Georgia Bar No. 601396
*Attorney for Plaintiff*

2